# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

RAJ MARNI,

    Debtor.

Case No. 07-11129-RGM
(Chapter 7)

## MEMORANDUM OPINION AND ORDER

THIS CASE is before the court on Raj Marni's motion to dismiss the case. He asks that the court supply notice to all creditors and parties in interest because he is presently incarcerated in the Northern Neck Regional Jail located in Warsaw, Virginia.

The motion to dismiss gives no grounds for the dismissal of the case. A debtor who has filed a chapter 7 case is not entitled to a dismissal of his case as a matter of right. It may be dismissed for cause. Without reasons given, however, no cause has been shown.

The court normally does not dismiss chapter 7 cases that in which there are assets available to pay creditors which appears to be the situation in this case. In addition, there are two adversary proceedings pending which object to the dischargeability of a debt and the granting of a discharge to the debtor. The latter is prosecuted by the United States Trustee. A motion for summary judgment is pending and heard in that case on October 14, 2008. If granted, the debtor will be denied a discharge.

In these circumstances and without any reason given by the debtor, the motion to dismiss will not be granted. It is, therefore

ORDERED that the motion to dismiss is denied.

Alexandria, Virginia
September 22, 2008

/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

Copy mailed to:

Raj Marni
10992 Clover Hunt Court
Reston, Virginia 20194

14596